# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 22 SEPTEMBER 2016

| 018A14-2 | State v. Paris Jujuan Todd | 1. State's Motion for Temporary Stay (COA15-670) | 1. Allowed **09/02/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's Notice of Appeal Based Upon a Dissent | 3. — |
| 063P10-3 | State v. Myron Roderick Nunn | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP16-566) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 067P16 | The Assurance Group, Inc. v. Samuel Allen Bare and Deborah Lynn Bare, Marcheta Perry Sawyer, Timothy Mark Byrd, Gregory Todd Byrd, James Chandler Beck, Michael Wayne Anderson, Jeffrey A. Heybrock, Charles Bernard Moore, Jr. | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-386) | Denied |
| 077P16 | Franklin Falin, Employee v. The Roberts Company Field Services, Inc., Employer Self-Insured (Key Risk Management Services, Inc., Third-Party Administrator) | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-565) | Denied |